SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, KEVIN COX

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN COX,<br><br>Plaintiff,<br><br>vs.<br><br>LA ADELITA FOOD COMPANY, INC.; SYSTEM III, LLC; and DOES 1 to 10,<br><br>Defendants. | Case No.: 2:21-cv-05480 FLA (JEMx)<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff KEVIN COX ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: October 6, 2021                             **SO. CAL EQUAL ACCESS GROUP**


                                                              */s/ Jason J. Kim*
                                                              JASON J. KIM
                                                              Attorney for Plaintiff